

# THE ATTORNEY GENERAL
## OF TEXAS

CRAWFORD C. MARTIN
ATTORNEY GENERAL

AUSTIN, TEXAS 78711

July 30, 1969

Honorable Martin Dies, Jr.        Opinion No. M-439
Secretary of State
State of Texas                    Re: May the Secretary of State
State Capitol Building                publish and mail at state
Austin, Texas  78711                  expense a bulletin or news-
                                      letter for the purpose of
                                      informing various interested
Dear Mr. Dies:                        offices of changes in the law?

        You have requested the opinion of this office as to
whether you have authority to publish and mail at state expense
a bulletin or newsletter which would set forth changes in various
laws of this state.

        The powers and duties of public officers of this state
are prescribed by the provisions of the Constitution and statutes
relating to the particular officer.  He may perform only such
acts as are consonant with those duties imposed upon him by law.
47 Tex.Jur.2d 138, Public Offices #105.

        The statutory provisions relating to the duties and
powers of the Secretary of State of the State of Texas are too
numerous to discuss with any detail.  We have carefully reviewed
such statutes and do find a number of instances where it is the
duty of the Secretary of State to cause to be printed and dis-
tributed certain statutes, directives, instructions, and forms.
Merely by way of example your attention is directed to Article
1.03, Texas Election Code; Articles 4331, 4334, 4336; Article
9.06, Texas Business Corporation Act.

        In this connection there is no statutory inhibition
against the Secretary of State causing to be combined in news-
letter or bulletin form several different statutes, directives,
instructions, and forms which he is required by law to cause to
be printed and distributed.  The Secretary of State would not have
the authority, however, to print and distribute a general news-
letter or bulletin at state expense unless it contained those
matters which he is required to have printed and distributed.

## S U M M A R Y

In instances where it is the duty of the
Secretary of State to cause to be printed and
distributed certain statutes, directives, in-
structions, and forms a number of these may be
combined in a newsletter or bulletin printed at
state expense.  Newsletters or bulletins of other
types are not authorized.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by W. O. Shultz
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
George Kelton, Vice-Chairman
Fielding Early
Milton Richardson
Brandon Bickett
Jim Swearingen

HAWTHORNE PHILLIPS
Executive Assistant